**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-7662**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

PATRICK FLOYD WILSON, a/k/a Little Patrick, a/k/a Anthony
Wilson, a/k/a Anthony Brown,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Michael F. Urbanski,
District Judge. (5:96-cr-30056-MFU-1)

---

Submitted: February 23, 2012     Decided: February 28, 2012

---

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patrick Floyd Wilson, Appellant Pro Se.  Timothy J. Heaphy,
United States Attorney, Thomas Jack Bondurant, Jr., Assistant
United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Floyd Wilson appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct a clerical error in the judgment issued following his resentencing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wilson, No. 5:96-cr-30056-MFU-1 (W.D. Va. Nov. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2